IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRANDON HOWARD                    :
                                  :          CIVIL ACTION
        v.                        :
                                  :
MICHAEL RIHL                      :          NO. 19-5905
                                  :

ORDER

AND NOW, this  8th  day of July 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motion of defendant Michael Rihl to dismiss the complaint of plaintiff Brandon Howard for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 9) is DENIED without prejudice;

(2)  The alternative motion of defendant Michael Rihl for a more definite statement under Rule 12(e) of the Federal Rules of Civil Procedure is GRANTED; and

(3)  Plaintiff Brandon Howard may file a more definite statement within 20 days.  If plaintiff fails timely to file such a statement, the Court will dismiss this action without prejudice.

BY THE COURT:

/s/ Harvey Bartle III

_____
                                                    J.